**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN THE MATTER OF THE
COMPLAINT OF PARADISE
FAMILY, LLC, AS OWNER, AND
ANOTHER DAY IN PARADISE            Case No. 8:20-cv-2056-60AAS
BOAT CLUB, LLC, AS OWNER
PRO HAC VICE, OF THE 2018 22'
COBIA M/V REEL ADVENTURE
                                            /

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Amanda A. Sansone, United States Magistrate Judge, entered on December 11, 2020. (Doc. 23). Judge Sansone recommends that Petitioners' motion for default judgment against potential claimants (Doc. 22) be granted and default judgment be entered against all potential claimants that have not appeared but may have a claim against Petitioners. No objections to the report and recommendation were filed, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C).

The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Castro Bobadilla v. Reno*, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), *aff'd*, 28 F.3d 116 (11th Cir. 1994) (table).

Upon due consideration of the record, including Judge Sansone's report and recommendation, the Court adopts the report and recommendation.  The Court agrees with Judge Sansone's detailed and well-reasoned factual findings and legal conclusions.  Consequently, Petitioners' motion for default judgment is granted.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Sansone's report and recommendation (Doc. 23) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) Petitioners' Motion for Default Judgment against Potential Claimant(s) (Doc. 22) is hereby **GRANTED**.

(3) The Clerk is directed to enter judgment in favor of Petitioners Paradise Family, LLC and Another Day in Paradise Boat Club, LLC, and against all potential claimants that have not appeared but may have a claim against Petitioners.

(4) Petitioners are exonerated from any responsibility, loss, damage, or injury, from any and all claims arising out of the incident described in the Petition

for Exoneration from or Limitation of Liability (Doc. 1) against potential claimant(s) who failed to file or otherwise state a claim.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 28th day of December, 2020.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**